UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

03-15528

IN RE:                                 )
                                       )
WIEBOLT STORES, INC.                   )       CASE NO.: 86-14850
                                       )
                                       )       CHAPTER 7
                                       )

## ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

On the application of The Steinwurtzel Co., Inc. (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, it appearing to the Court that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all of the Claimant's funds (in the approximate amount of $1,476.82) held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 be paid to The Steinwurtzel Co., Inc. (Tax ID# 22-3086255) and mailed to Nancy C. McMillan (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) at American Property Locators, Inc., One South Broadway, Suite 301, Edmond, OK 73034.

Dated this ___ day of _____, 200__.

JAN 1 4 2004

_____
United States Bankruptcy Judge

CC: Financial Administrator