## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In Re: )
)
   Wieboldt Stores, Inc. ) Bankruptcy Case No. 86-14850
) No Leading Case Number
)
Debtor )

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $3,262.89 to Collins & Aikman Corporation, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 9233

Dilks & Knopik, LLC's last four digits of EIN #: 9851

Dated: 1/7/10

_____
Carol A. Doyle
United States Bankruptcy Judge

Payment to be mailed to:
    Collins & Aikman Corporation
    c/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027

ORIGINAL