# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:
Midwest Window Art )
)
) Bankruptcy Case No. **86bk14850**
)
)
)
)
Debtor Weiboldt Stores, Inc. )

### ORDER

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 2,504.18 to Nadine G. Selkirk Donahue DBA Midwest Window Art claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN __4600__ .

_____
Carol A. Doyle
United States Bankruptcy Judge

Dated:

Payment to be mailed to:

Rev. 09-19-08rj